**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00785-CV

————————————

**TAMEKA ROSS, Appellant**

**V.**

**LILAC ASSISTED LIVING LLC AND DHARMISHA ANUP, Appellees**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Case No. 2023-47268

## MEMORANDUM OPINION

Appellant, Tameka Ross, filed a notice of appeal from the trial court's September 17, 2024 "Order on [Appellees, Lilac Assisted Living LLC and Dharmisha Anup's] Special Exceptions to [Appellant's] Second Amended Petition." On November 14, 2024, the Court notified appellant that we lacked jurisdiction over

her appeal because the order appealed from was not a final judgment or an appealable interlocutory order. Appellant was further directed to, within ten days of the date of the Court's notice, file a written response, with citation to law and the record, demonstrating that the Court had appellate jurisdiction over the appeal.

In response to the Court's notice, on December 18, 2024, appellant filed a motion to "withdraw her appeal" pursuant to Texas Rule of Appellate Procedure 42.1(a). *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant). Appellant's motion requested that the Court grant her motion and withdraw her appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellees do not oppose the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.